OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH

| | § | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 14-44305-MXM** |
| | § | |
| **VICKI LACOLE MCMILLAN** | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE MARK X MULLIN** |
| **DEBTOR** | § | |
| | § | |

---

### NOTICE OF FINAL CURE PAYMENT

---

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tim Truman files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid as follows:

**Name of Creditor:** BANK OF NEW YORK MELLON

**Property Address:** 1608 Holt St

**HOME MORTGAGE ARREARS - PRE PETITION**

| Court Claim # | Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | | Amount Paid By Trustee |
|---|---|---|---|---|---|---|
| 15 | 1 | 9560 | $5,189.00 | $5,189.00 | Principal | $3,754.97 |
| | | | | | + Interest | $0.00 |
| NOTE: Paid Direct by Debtor per Modified Plan | | | | | Total: | $3,754.97 |

Case No.:    14-44305-MXM

VICKI LACOLE MCMILLAN

Page 2 of 3

## HOME MORTGAGE CURRENT

| Court Claim # | Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | | Amount Paid By Trustee |
|---|---|---|---|---|---|---|
| 15 | 2 | 9560 | $77,594.57 | $77,594.57 | Principal | $0.00 |
| | | | | | + Interest | $0.00 |
| NOTE: Paid Direct by Debtor per Plan | | | | | Total: | $0.00 |

## Monthly Ongoing Mortgage Payment

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of this Notice of Final Cure Payment, the creditor MUST file and serve a Response/Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim;  2) whether the Debtor has paid all oustanding post petition fees, costs and escrow amounts due as of the date of the Response/Statement, and 3) whether the  Debtor is otherwise current on all payments as of the date of the Response/Statement consistent with 11 U.S.C. § 1322(b)(5).

The Response/Statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the Response/Statement.  The Response/Statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

Failure to file and serve the Response/Statement may subject the holder to further action of the Court, including possible sanctions .

To assist in reconciling the claim, a history of payments made by the Trustee will be provided to any party in interest upon request .

Respectfully submitted,

/s/ Tim Truman

Tim Truman, Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608

Case 14-44305-mxm13 Doc 88 Filed 08/20/18 Entered 08/20/18 15:50:25 Page 3 of 3

Case No.: 14-44305-MXM                                      VICKI LACOLE MCMILLAN

Page 3 of 3

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Final Cure Payment was served on the parties listed below in the manner listed below on or before August 21 , 2018.

**BY FIRST CLASS MAIL:**

VICKI LACOLE MCMILLAN, 1608 Holt St, Fort Worth, TX 76103

BANK OF NEW YORK MELLON, NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261

**BY ELECTRONIC SERVICE:**

LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX 75243

BUCKLEY MADOLE PC, 14841 DALLAS PKWY STE 300, DALLAS, TX 75254

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
_____

Tim Truman
Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608